IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00212-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ZACHARIAS CHRISTOPHER LEE | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant to correct his sentence pursuant to Federal Rule of Criminal Procedure 35(a). (Doc. No. 32).

Rule 35(a) allows a court to correct a sentence for arithmetical, technical, or other clear error within fourteen days of sentencing. Here, the defendant challenges the Court's ruling on guideline issues following the presentation of evidence at his sentencing hearing. (Id. at 6). Accordingly, the defendant's claims are more properly raised on appeal following entry of the Judgment. See United States v. Goodwyn, 596 F.3d 233, 235 (4th Cir. 2010) (Rule 35(a) does not authorize reconsideration of sentence).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DISMISSED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: January 14, 2020

Robert J. Conrad, Jr.
United States District Judge